# LAW OFFICES OF DEAN T. CHO, LLC
The Woolworth Building
233 Broadway, Suite 2200
New York, New York 10279
T: 718-344-8188
Email: dtcho100@gmail.com

October 25, 2018

**VIA ECF**
Hon. James Orenstein
U.S. Magistrate Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Room 1227
Brooklyn, New York 11201

Re:   China Power Equipment, Inc. v. Yongsing Song, et al. (16-CV-2914) (KM) (JO)

Dear Judge Orenstein:

    I am writing to respectfully advise the Court that Defendant Beijing DeHeng Law Offices is attaching a proposed consent order to substitute the undersigned as counsel of record in place of Harry Rimm, Esq., of Sullivan & Worchester, LLP. I have notified opposing counsel, James Orr, Esq., of the proposed substitution and he stated he has no objection to the proposed substitution.

    We will be prepared to proceed with the confidential settlement submissions and settlement conference on the dates previously set by the Court. I thank the Court for its time and consideration of this matter.

Respectfully submitted,

Dean T. Cho

Encl.
cc:   James Orr, Esq. (via ECF)