# HO&P | HEYGOOD, ORR & PEARSON

**6363 N. State Highway 161, Suite 450, Irving, TX   75038**

**214.237.9001   |   877.446.9001   |   214.237.9002 F**

www.hop-law.com

November 16, 2018

<u>*VIA ECF*</u>
Hon. James Orenstein
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    No. 16-CV-2914 (KM) (JO)
                   *China Power Equipment, Inc. et al. v. Yongsing Song, et al.*

Dear Judge Orenstein:

     On November 14, 2018, Plaintiff China Power ("China Power") filed a letter advising the Court of an ongoing discovery dispute between the parties relating to China Power's Motion to Compel that was granted by the Court.  On November 15, 2018, the Court distributed via ECF a docket entry ordering that Defendant DeHeng Law Offices ("DHLO") respond to the letter by November 19, 2018.  In this same docket entry, the Court ordered that the parties appear for a status conference on November 29, 2018.

     Unfortunately, I currently have a scheduling conflict on that date and am required to attend another hearing set in the 95th Judicial District Court, Dallas County, Dallas, Texas.  However, both parties can be available on either December 3rd or 4th.  Counsel for Defendant DHLO will be unavailable during the week of December 17th – 21st for depositions in Hong Kong.

     This letter is to request that the status conference set by the Court for November 29, 2018, be adjourned for either December 3rd, 4th, or another date selected by the Court.

     This is to certify that the undersigned's office conferred with counsel for Defendant DHLO and he is unopposed to this request for adjournment. No previous requests for adjournment have been made relating to the subject status conference.  The granting of this request will not affect any other scheduled deadlines.

Hon. James Orenstein
United States District Court
November 16, 2018
Page 2
_____

  Thank you for considering our request for an adjournment.

                Respectfully submitted,

                */s/ James Craig Orr, Jr.*
                James Craig Orr, Jr.
                **Attorneys for Plaintiffs**

cc: All Appearing Counsel of Record (via ECF)