# HO&P | HEYGOOD, ORR & PEARSON

**6363 N. State Highway 161, Suite 450, Irving, TX  75038**

**214.237.9001   |   877.446.9001   |   214.237.9002 F**

**www.hop-law.com**

December 4, 2018

<u>**VIA ECF**</u>
Hon. James Orenstein
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    No. 16-CV-2914 (KM) (JO);
                 *China Power Equipment, Inc. et al. v. Yongsing Song, et al.*

Dear Judge Orenstein:

      Since our hearing yesterday, I have reviewed my communications with Mr. Cho, counsel for DeHeng, regarding Interrogatory 7.  In this regard, Mr. Cho and I had an extensive conversation regarding Interrogatory 7 on November 8th.  This conversation was followed up with email communication (attached).

      DeHeng did amend their response to Interrogatory 7 for the second time after November 8th.  However, this new response to Interrogatory 7 did not withdraw the objections to the interrogatory as requested by Plaintiff (given that the time to assert objections had already passed and the objections which had been timely raised had been overruled by the Court).  In fact, this new response added an additional untimely objection.  The undersigned did not confer further with Mr. Cho regarding Interrogatory 7 thereafter as it was felt any such communication would be futile.

      Despite the fact that Plaintiff did confer as represented yesterday by the undersigned, Plaintiff hereby withdraws its request for sanctions given that you have already ordered that DeHeng answer interrogatory 7 with the broader understanding of "a consent provided by you regarding the corporation's reliance on your opinion of PRC law" to include any consents similar to the consents attached to Plaintiff's letter motion.

Hon. James Orenstein
United States District Court
December 4, 2018
Page 2
_____

       Thank you very much for your efforts in presiding over this matter.

                                                      Respectfully submitted,

                                                */s/ James Craig Orr, Jr.*
                                                James Craig Orr, Jr.
                                                **Attorneys for Plaintiffs**

cc: All Appearing Counsel of Record (via ECF)

| | |
|---|---|
| **From:** | Jim Orr |
| **Sent:** | Thursday, November 8, 2018 8:56 AM |
| **To:** | dtcho100 |
| **Cc:** | Christopher Cessac |
| **Subject:** | RE: China Power Litigation |

Dean,

I don't think they do ask for legal opinions. Also, your client did not raise this objection in response to the interrogatories and thus it is waived. Next, the judge has overruled all objections and ordered your client to answer all the interrogatories. Your client needs to immediately communicate their agreement by the end of the day tomorrow to fully answer interrogatories 7, 8 and 14 by the end of next week. If I don't receive this agreement by the end of the day tomorrow, I will be forced to submit this to Judge Orenstein along with a motion for sanctions. I can virtually guarantee that he will award sanctions.

As to Nu Yu deposition, if I don't have dates for her deposition in NYC by Tuesday, then I will be noticing the deposition for a date and place of my choosing.

Lastly, this is to confirm you agreed to let me know by Tuesday if your client will be producing the redacted documents in unredacted form and whether your client will agree to produce the documents held back under claims of attorney client privileged.

James Craig Orr, Jr.
Heygood, Orr & Pearson
6363 North State Highway 161, Suite 450
Irving, Texas 75038
214 237 9001
Toll free 877 446 9001
Fax 214 237 9002
jim@hop-law.com
www.hop-law.com


**From:** dtcho100 [mailto:dtcho100@gmail.com]
**Sent:** Wednesday, November 7, 2018 4:28 PM
**To:** Jim Orr <jim@hop-law.com>
**Subject:** China Power Litigation

Jim:

     This will confirm that during our conversation today, I asked you to provide me with legal authority to support your contention that DHLO is obligated to answer your interrogatories at issue when they seek legal opinions, as opposed to factual information, when such legal opinions do not relate to any contentions of DHLO.

     This will also confirm that we have agreed to the disclosure of documents which contain personal confidential information, consisting of names, addresses and account numbers, subject to your agreement that

such information is to be treated as confidential information under the Confidentiality Order and not to be disclosed to third parties.

  We will also endeavor to get back to you by Wednesday concerning remaining issues raised by you relating to the redaction log and privilege log.